**UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION**
CASE NO.: 8:22-cv-2774-VMC-MRM

YANHONG CHEN and LUTONG YANG,

On behalf of themselves and others Similarly situated

       Plaintiffs,

v

WOW RESTAURANT TH LLC,
d/b/a Yaki Sushi Grill BBR et al.

       Defendants.

_____

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

       I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

    1.    **YANHONG CHEN:** As a Miscellaneous Kitchen Worker, Waitress, Hostess and Cashier at Defendants restaurant from August 01, 2020 to April 30, 2022, at Yaki Sushi Grill BBQ, Plaintiff YANHONG CHEN has discoverable information.

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

2. **LUTONG YANG:** As a Renovation worker and Sushi Chef at Defendants restaurant from July 01, 2019 to April 30, 2022, at Yaki Sushi Grill BBQ, Plaintiff LUTONG YANG has discoverable information.

3. **All employees of WOW RESTAURANT TH LLC d/b/a Yaki Sushi Grill BBQ** at 5231 University Parkway, #113, Bradenton, FL 34201.

   These individuals are likely to have knowledge and information regarding all allegations listed in the complaint.

4. **TRINH HUYNH:** As the owner/operator Defendant, **TRINH HUYNH** is likely to have discoverable information.

5. **Laus Consulting Services – Pauline Ho CPA: Accountant** for Defendants restaurant during the material time of this cause of action. Tel: 407-401-9768; Fax: 407-362-1799; 879 Outer Road, Suite B, Orlando, FL 32814; Website : www.lausconsult.com.

6. EZ TAX <tax@eztaxus.com>, 111 Town Square Place, Suite 1203, Jersey City, NJ 07310

2.)   the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   N/A.

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   N/A.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   N/A.

5.)     Check one of the following:

_X___ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.
**-or-**

_____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted on this 7th day of April, 2023.

/s/ Jianyin Liu

FBN: 1007675
Jianyin Liu, Esq.
Attorney for Defendant
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent via email on this on this 7th day of April, 2023.
/s/ Jianyin Liu