# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

YANHONG CHEN and XIN QIANG,

      Plaintiffs,

v.

                                        Case No. 8:22-cv-02774-VMC-NHA

WOW RESTAURANT TH, LLC and
TRINH HUYNH,

      Defendants.

_____/

## SPECIAL INTERROGATORIES TO THE JURY
## AS TO PLAINTIFF YANHONG CHEN

## FAIR LABOR STANDARDS ACT ("FLSA")

1.   That Yanhong Chen was an employee of Wow Restaurant TH LLC?

    Answer Yes or No   __Yes__

2.   That Yanhong Chen was an employee of Trinh Hyunh?

    Answer Yes or No   __Yes__

3.   That Yanhong Chen was employed by an enterprise engaged in commerce or in the production of commercial goods?

    Answer Yes or No   __Yes__

If you answered "No" to questions 1 through 3, this ends your FLSA deliberations as to Yanhong Chen, and you should proceed to the questions about breach of contract. If your answer to any of questions 1 through 3 is "Yes," go to the next question.

1

4. That Wow Restaurant TH LLC failed to pay Yanhong Chen the minimum wage required by law?

Answer Yes or No ___No___

5. That Trinh Huynh failed to pay Yanhong Chen the minimum wage required by law?

Answer Yes or No ___No___

6. That Wow Restaurant TH LLC failed to pay Yanhong Chen the overtime pay required by law?

Answer Yes or No ___No___

7. That Trinh Huynh failed to pay Yanhong Chen the overtime pay required by law?

Answer Yes or No ___No___

If you answered "No" to questions 4 through 7, this ends your FLSA deliberations as to Yanhong Chen, and you should proceed to the questions about breach of contract. If your answer to any of questions 4 through 7 is "Yes," go to the next question.

8. That Wow Restaurant TH LLC knew or showed reckless disregard for whether the FLSA prohibited its conduct?

Answer Yes or No _____

9. That Trinh Huynh knew or showed reckless disregard for whether the FLSA prohibited her conduct?

Answer Yes or No _____

10. That Yanhong Chen should be awarded damages for unpaid minimum and/or overtime wages?

Answer Yes or No _____

If your answer is
"Yes," in what
amount?        $ _____

2

## BREACH OF CONTRACT

**Do you find from a preponderance of the evidence:**

11. That Yanhong Chen entered into a contract of employment with Wow Restaurant TH LLC?

    Answer Yes or No _____Yes_____

If your answer to question 11 is "No," this ends your deliberations as to Yanhong Chen, and your foreperson should sign and date the last page of this verdict form. If your answer to question 11 is "Yes," go to the next question.

12. That Yanhong Chen performed her duties under the contract?

    Answer Yes or No _____Yes_____

If your answer to question 12 is "No," this ends your deliberations as to Yanhong Chen. If your answer to question 12 is "Yes," go to the next question.

13. That Wow Restaurant TH LLC failed to perform its duties under the contract with regard to compensating Yanhong Chen her promised wages?

    Answer Yes or No _____Yes_____

If you answered "No" to question 13, this ends your deliberations as to Yanhong Chen, and your foreperson should sign and date the last page of this verdict form. If your answer question to 13 is "Yes," go to the next question.

14. That Wow Restaurant TH LLC's failure to perform its duties under the contract with regard to compensating Yanhong Chen her promised wages was a legal cause of damages sustained by Yanhong Chen?

    Answer Yes or No _____No_____

If you answered "No" to question 14, this ends your deliberations as to Yanhong Chen, and your foreperson should sign and date the last page of this verdict form. If your answer to question 14 is "Yes," go to the next question.

3

15. That Yanhong Chen should be awarded damages for breach of payment terms?

Answer Yes or No _____

If your answer is
"Yes," in what
amount?           $ _____

This ends your deliberations. Your foreperson should sign and date the last page of this verdict form.

**SO SAY WE ALL.**

Foreperson's signature

DATE: 1/24/25 _____

4