# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

YANHONG CHEN and XIN QIANG,

    Plaintiffs,

v.                                          Case No. 8:22-cv-02774-VMC-NHA

WOW RESTAURANT TH, LLC and
TRINH HUYNH,

    Defendants.

_____/

## SPECIAL INTERROGATORIES TO THE JURY
## AS TO PLAINTIFF XIN QIANG

**FAIR LABOR STANDARDS ACT ("FLSA")**

1. That Xin Qiang was an employee of Wow Restaurant TH LLC?
   Answer Yes or No __Yes__

2. That Xin Qiang was an employee of Trinh Hyunh?
   Answer Yes or No __Yes__

3. That Xin Qiang was employed by an enterprise engaged in commerce or in the production of commercial goods?
   Answer Yes or No __Yes__

If your answer to questions 1 through 3 is "No," this ends your deliberations as to Xin Qiang, and your foreperson should sign and date the last page of this verdict form. If your answer to any of questions 1 through 3 is "Yes," go to the next question.

1

4. That Wow Restaurant TH LLC failed to pay Xin Qiang the minimum wage required by law?

   Answer Yes or No __No__

5. That Trinh Huynh failed to pay Xin Qiang the minimum wage required by law?

   Answer Yes or No __No__

6. That Wow Restaurant TH LLC failed to pay Xin Qiang the overtime pay required by law?

   Answer Yes or No __No__

7. That Trinh Huynh failed to pay Xin Qiang the overtime pay required by law?

   Answer Yes or No __No__

If your answer to questions 4 through 7 is "No," this ends your deliberations as to Xin Qiang, and your foreperson should sign and date the last page of this verdict form. If your answer to any of questions 4 through 7 is "Yes," go to the next question.

8. That Wow Restaurant TH LLC knew or showed reckless disregard for whether the FLSA prohibited its conduct?

   Answer Yes or No _____

9. That Trinh Huynh knew or showed reckless disregard for whether the FLSA prohibited her conduct?

   Answer Yes or No _____

10. That Xin Qiang should be awarded damages for unpaid minimum and/or overtime wages?

    Answer Yes or No _____

    If your answer is "Yes," in what amount?       $ _____

2

This ends your deliberations. Your foreperson should sign and date the last page of this verdict form.

**SO SAY WE ALL.**

███████████████████████████████
Foreperson's signature

DATE: 1/24/25